474 A.2d 671

Commonwealth v. Forrest, Appellant.
Petition for Allowance of Appeal
Granted Aug. 30, 1984.

594

Submitted
December 15, 1983. Robert J. Leibowitz, for appellant;
Jane Cutler Greenspan, Assistant District Attorney, for
Commonwealth, appellee.

Before SPAETH, President Judge, and CIRILLO and
JOHNSON, JJ.

Remanded for the purpose of holding an evidentiary
hearing within sixty days to ascertain whether or not appel-
lant, through his trial counsel, made a choice, supported by
a reasonable legal basis, not to challenge the police's due
diligence during the period of July 4, 1980 to April 1, 1981;
and whether or not the Commonwealth complied with Pa.R.
Crim.P. 1100 by using due diligence in seeking to secure the
presence of the appellant during the period of July 4, 1980
to April 1, 1981. Jurisdiction is relinquished.

SPAETH, President Judge, concurred in the result.